# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

R. L. Ross,

Plaintiff,

v.

**DONALD BACHAND**, individually And In His Capacity As Former Provost, Member Of The Professional Practices Committee, President Of Saginaw Valley State University (SVSU) and Member of the SVSU Board of Control ("BOC"); **JILL WETMORE** individually And In Her Capacity As Dean Of The SVSU College Of Business And Management And Member Of The Professional Practices Committee ("PPC"); **SHAUN BANGERT** Individually And In Her Capacity As Faculty Member Of SVSU And President Of The SVSU Faculty Association (SVSUFA); **ROBERT LANE**, Individually And In His Capacity As President And Past-President Of The SVSUFA; **DEBORAH BISHOP** Individually And In Her Capacity As Professor, Review Committee Chair, And SVSUFA Official; **CHRISTOPHER SURFIELD**, Individually And In His Capacity As Associate Professor, Review Committee Chair, And SVSUFA Official; **STEWART FRENCH** Individually And In His Capacity As Professor At SVSU

No. 1:14-cv-14122-TLL-PTM

Hon. Judge Thomas L. Ludington

Mag. Judge Patricia T. Morris

And Official On The Executive Board Of The SVSUFA; **SAUN STROBEL** In Her Capacity As The UNI-SERV Director For The Michigan Education Association (MEA) For SVSU; **BROOKS BYAM,** Individually And In His Capacity As A Professor At Saginaw Valley State University; **HONG PARK,** Individually And In His Capacity As Professor At SVSU; **WILLIAM WILLIAMSON** Individually And In His Capacity As Professor At SVSU; **ROBERT TUTTLE** Individually And Professionally In His Capacity As Professor At SVSU; **MARK MCCARTNEY** Individually And In His Capacity as a Professor at SVSU; **SURENDER REDDY** Individually And In His Capacity As A Professor And Member Of The SVSU PPC; **DEBORAH HUNTLEY** Individually And In Her Capacity As Dean, Provost, Vice President Of Academic Affairs and Member of the PPC; **DAVID ABBS,** Individually And In His Capacity As A Member Of The BOC; **SCOTT CARMONA,** Individually And In His Capacity As A Member Of The SVSU Board Of Control; **CATHY FERGUSON,** Individually And In Her Capacity As A Member Of The SVSU Board Of Control; **DAVID GAMEZ,** Individually And In His Capacity As A Member Of The SVSU Board Of Control ; **ERIC GILBERTSON,** Individually And In His Capacity As President Of SVSU And A Member Of The SVSU Board Of Control; **JEFFREY MARTIN,** Individually And In Her

Capacity As A Member Of The SVSU Board Of Control; **JENEE VELASQUEZ,** Individually And In Her Capacity As A Member Of The SVSU Board Of Control; **LEOLA WILSON,** Individually And In Her Capacity As A Member Of The SVSU Board Of Control; **JEROME YANTZ,** Individually And In His Capacity As A Member Of The SVSU Board Of Control; **ERIK TRUMP,** Individually And In His Capacity As A Member Of The SVSU Professional Practices Committee ("PPC"); **GRETCHEN OWOCKI**, Individually And In Her Capacity As A Member Of The PPC; **PATRICIA CAVANAUGH**, Individually And In Her Capacity As A Member Of The PPC; **MARCIA SHANNON**, Individually And In Her Capacity As A Member Of The PPC; **JOHN MOONINGHAM**, Individually And In His Capacity As A Member Of The PPC; **SUSIE EMOND**, Individually And In Her Capacity As A Member Of The PPC; **JOHN DOE** AND **JANE DOE** Individually And In Their Capacity As Employees, Administrators, or otherwise associated with SVSU or SVSUFA; **SAGINAW VALLEY STATE UNIVERSITY**; and **SVSU FACULTY ASSOCIATION**;

Defendants.

---

| | |
|---|---|
| Rhonda L. Ross, Pro Se Plaintiff<br>29106 Glencastle Drive<br>Farmington Hills, MI 48336<br>Email: rhondaross@g.harvard.edu | Fillipe S. Iorio (P58741)<br>Kurt W. Kline (P72291)<br>Kalniz, Iorio & Feldstein, Co., L.P.A.<br>Attorneys for Defendants (Bangert, Bishop, French, Lane, Strobel, Surfield, |

3

SVSU FA)
4981 Cascade Road, S.E.
Grand Rapids, MI 49546
Telephone: (616) 940-1911
Facsimile: (616) 940-1942
Email: groffice@kiflaw.com

Jamie Hecht Nisidis (P48969)
Braun, Kendrick, Finkbeiner, PLC
4301 Fashion Square Blvd.
Saginaw, MI 48603
Telephone: (989) 498-2100
Facsimile: (989) 799-4666
Email: jamnis@braunkendrick.com

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT

NOW COMES Defendants Bangert, Bishop, Lane, French, Surfield, SVSUFA/MEA and Strobel, by and through their attorneys, Kalniz, Iorio & Feldstein, and for their Motion for Extension of Time.

Defendants Bangert, Bishop, Lane, French, Surfield, SVSUFA/MEA and Strobel request an extension of time until **March 18, 2015** to respond to Plaintiff's First Amended Complaint for all the reasons stated in the attached Brief in Support of Plaintiff's Motion for Extension of Time to Answer Amended Complaint.

Respectfully submitted,
KALNIZ, IORIO & FELDSTEIN CO., L.P.A.
Attorneys for Defendants

Dated: February 20, 2015    s/ Fil Iorio
Fillipe S. Iorio (P58741)
Kurt W. Kline (P72291)
4981 Cascade Road, S.E.
Grand Rapids, Michigan 49546
Telephone: (616) 940-1911
groffice@kiflaw.com