UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

| | |
|---|---|
| R.L. Ross<br><br>        Plaintiff,<br><br>v.<br><br>Donald Bachand, et.al.,<br><br>        Defendant. | No.  1:14-cv-14122<br><br><br><br>Judge Thomas L. Ludington<br><br><br><br>NOTICE OF APPEAL |

NOTICE OF APPEAL

Notice is hereby given that *Pro Se* Plaintiff, R.L. Ross, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants Motion to Dismiss (ECF #51) entered in this action on April 20, 2015.

                                              *Pro Se* **Plaintiff**
                                              R.L. Ross

**Date:  April 27, 2015**                /s R.L. Ross
                                              **29106 Glencastle Drive**
                                              **Farmington Hills, MI 48336**
                                              **(248) 721-9760**

## CERTIFICATE OF SERVICE

  I certify that I electronically filed the NOTICE OF APPEAL with the Clerk of the Court using the ECF system which will automatically notify the attorneys of the Defendants.

               *Pro Se* **Plaintiff**
               **R.L. Ross**

**Date:  April 27, 2015**     **/s R.L. Ross**
               **29106 Glencastle Drive**
               **Farmington Hills, MI 48336**
               **(248) 721-9760**