UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

R. L. Ross,

           Plaintiff(s),

v.                                            Case No. 1:14–cv–14122–TLL–PTM
                                            Hon. Thomas L. Ludington

Donald Bachand, et al.,

           Defendant(s).

_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on April 28, 2015.


                                                      DAVID J. WEAVER, CLERK OF COURT


                                                    By: s/ T McGovern
                                                       Deputy Clerk


Dated:   April 28, 2015