UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

R. L. ROSS,

        Plaintiff,                            Case No. 14-cv-14122

v                                                     Honorable Thomas L. Ludington

DONALD BACHAND, et al.,

        Defendant.

_____/

## ORDER STRIKING SEALED MOTION

On June 19, 2015, Ross filed an ex parte application to proceed in forma pauperis under seal. Ross claims that she filed her application under seal pursuant to the E-Government Act of 2002. That statute does not, however, provide a basis for Ross to file her application under seal without a Court order. The statute merely provides that "[t]o the extent that [a district court's local] rules provide for the redaction of certain categories of information in order to protect privacy and security concerns," a party may file a document under seal in compliance with those rules "at the discretion of the court . . . ." Therefore, the E-Government Act of 2002 directs a party to comply with the sealing provisions in the local rules, but it does not provide an independent statutory basis for filing a document under seal. Instead, Ross must comply with Local Rule 5.3, which requires a party to seek permission from the Court before filing documents under seal. Indeed, affidavits supporting applications to proceed in forma pauperis are routinely filed on the public docket. Ross does not list any account numbers, tax information, or her social security number in her affidavit, and therefore there are no grounds for filing the affidavit and motion under seal. *See* Fed. R. Civ. P. 5.2.

- 2 -

Accordingly, it is **ORDERED** that Ross's Motion (ECF No. 61) is **STRICKEN**.

s/Thomas L. Ludington<br>THOMAS L. LUDINGTON<br>United States District Judge

Dated: June 24, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 24, 2015.

s/Karri Sandusky<br>Karri Sandusky, Acting Case Manager